UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
KYLE KORTE,

        Plaintiff,                  ORDER
                                          04-CV-5649(DRH)MLO)
    -against-

COUNTY OF SUFFOLK AND SHERIFF
OF SUFFOLK COUNTY,

        Defendants.
------------------------------X

HURLEY, Senior District Judge

        The Court is in receipt of "Plaintiff's Request[s] to Charge Jury" filed on April 15, 2010. Not only are the requests late, but they fail to comply with my Individual Practice Rules as to format. See Individual Practice Rules (DRH), paragraph 6B(iii). Accordingly, plaintiff is directed to file, by 2:00 p.m. on April 21, 2010, a Revised Request to Charge consistent with the Court's Rules including the requirement that "[r]equests to charge must be submitted in complete sentence form as to any claim. . . ." Simply put, asking the Court to "tailor[] PJI-2:227 (entitled "Municipal Liability – Inadequate Supervision - Schools") to plaintiff's claim does not suffice.

        SO ORDERED.

Date: Central Islip
      April 19, 2010

                                        _____/s/_____
                                        DENIS R. HURLEY, U.S.D.J.