```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
KYLE KORTE                              ORDER OF SUSTENANCE
                                        CV-04-5649 (DRH)

     -against-

COUNTY OF SUFFOLK AND THE SUFFOLK
COUNTY SHERIFF
-------------------------------X

          IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )     TRANSPORTATION

          TO THE CLERK AND (7) JURORS EMPANELED IN THE ABOVE
ENTITLED CASE ON APRIL 27, 2010.

DATED: CENTRAL ISLIP, NEW YORK
       APRIL 27, 2010

                                        /s/
                                   DENIS R. HURLEY
                                   U.S. DISTRICT JUDGE


_____     DURING TRIAL

  X       DELIBERATING

_____     SEQUESTERED

_____     OTHER

                                   A TRUE COPY ATTEST
                                   DATED: APRIL 28, 2010
                                   ROBERT C. HEINEMANN, CLERK
                                   BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
KYLE KORTE                              ORDER OF SUSTENANCE
                                        CV-04-5649 (DRH)

      -against-

COUNTY OF SUFFOLK AND THE SUFFOLK
COUNTY SHERIFF
--------------------------------X

          IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )     TRANSPORTATION

          TO THE CLERK AND (7) JURORS EMPANELED IN THE ABOVE
ENTITLED CASE ON APRIL 27, 2010.

DATED: CENTRAL ISLIP, NEW YORK
       APRIL 27, 2010

                                             /s/
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE


_____     DURING TRIAL

  X       DELIBERATING

_____     SEQUESTERED

_____     OTHER
                                        A TRUE COPY ATTEST
                                        DATED: APRIL 28, 2010
                                        ROBERT C. HEINEMANN, CLERK
                                        BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
KYLE KORTE                              ORDER OF SUSTENANCE
                                        CV-04-5649 (DRH)

     -against-

COUNTY OF SUFFOLK AND THE SUFFOLK
COUNTY SHERIFF
--------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )         LODGING
( X )         SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )         TRANSPORTATION

TO THE CLERK AND (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON APRIL 27, 2010.

DATED: CENTRAL ISLIP, NEW YORK
        APRIL 27, 2010

                                                            /s/
                                              DENIS R. HURLEY
                                              U.S. DISTRICT JUDGE


\_\_\_\_\_         **DURING TRIAL**

 X\_\_\_         **DELIBERATING**

\_\_\_\_\_         **SEQUESTERED**

\_\_\_\_\_         **OTHER**

                                              **A TRUE COPY ATTEST**
                                              **DATED: APRIL 28, 2010**
                                              **ROBERT C. HEINEMANN, CLERK**
                                              **BY: PATRICIA BEST,**