```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
KYLE KORTE                              ORDER OF SUSTENANCE
                                        CV-04-5649 (DRH)

     -against-

COUNTY OF SUFFOLK AND THE SUFFOLK
COUNTY SHERIFF
--------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )     TRANSPORTATION

TO THE CLERK AND (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON APRIL 28, 2010.

DATED: CENTRAL ISLIP, NEW YORK
      <u>APRIL 28, 2010</u>

                                    /S/
                             DENIS R. HURLEY
                             U.S. DISTRICT JUDGE

\_\_\_\_\_     <u>DURING TRIAL</u>

 X\_\_\_     <u>DELIBERATING</u>

\_\_\_\_\_     <u>SEQUESTERED</u>

\_\_\_\_\_     <u>OTHER</u>

                                      <u>A TRUE COPY ATTEST</u>
                                      <u>DATED: APRIL 2</u>

    <u>ROBERT C. HEINEMANN, CLERK</u>
                                      <u>BY: PATRICIA BEST,</u>

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
KYLE KORTE                              ORDER OF SUSTENANCE
                                        CV-04-5649 (DRH)

     -against-

COUNTY OF SUFFOLK AND THE SUFFOLK
COUNTY SHERIFF
--------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )         LODGING
( X )        SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )         TRANSPORTATION

TO THE CLERK AND (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON APRIL 28, 2010.

DATED: CENTRAL ISLIP, NEW YORK
       <u>APRIL 28, 2010</u>

                                                   /s/
                                          DENIS R. HURLEY
                                          U.S. DISTRICT JUDGE


\_\_\_\_\_       <u>DURING TRIAL</u>

\_X\_\_\_       <u>DELIBERATING</u>

\_\_\_\_\_       <u>SEQUESTERED</u>

\_\_\_\_\_       <u>OTHER</u>

                                                      <u>A TRUE COPY ATTEST</u>
                                                      <u>DATED: APRIL 2</u>
      <u>ROBERT C. HEINEMANN, CLERK</u>
                                                      <u>BY: PATRICIA BEST,</u>

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
KYLE KORTE                                ORDER OF SUSTENANCE
                                          CV-04-5649 (DRH)

     -against-

COUNTY OF SUFFOLK AND THE SUFFOLK
COUNTY SHERIFF
--------------------------------X
```

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )      LODGING
( X )      SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )      TRANSPORTATION

        TO THE CLERK AND (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON APRIL 28, 2010.

DATED: CENTRAL ISLIP, NEW YORK
       **APRIL 28, 2010**

                                          /s/
                                      _____
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE


_____     **DURING TRIAL**

__X___     **DELIBERATING**

_____     **SEQUESTERED**

_____     **OTHER**

                                      **A TRUE COPY ATTEST**
                                      **DATED: APRIL 2**
     **ROBERT C. HEINEMANN, CLERK**
                                      **BY: PATRICIA BEST,**